ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| AOSense, Inc. | )  ASBCA No. 62851 |
| | ) |
| Under Contract No. HR0011-09-C-0116 *et al.* | ) |

APPEARANCE FOR THE APPELLANT:       Brian E. Sweeney, Esq.
 Law Office of Brian E. Sweeney
 Fair Oaks, CA

APPEARANCES FOR THE GOVERNMENT:       Samuel W. Morris, Esq.
 DCMA Chief Trial Attorney
Srikanti Schaffner, Esq.
 Trial Attorney
 Defense Contract Management Agency
 Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 9, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62851, Appeal of AOSense, Inc., rendered in conformance with the Board's Charter.

Dated:  March 10, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals